IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KENDRELL DAIMON DANIELY,                    *

               Plaintiff,                    *

v.                                                                    Case No.  5:24-cv-00306-TES

                                   *

Deputy NICHOLAS DENNY,

                                   *

               Defendant.

                                 *

## **J U D G M E N T**

Pursuant to the jury verdict dated July 21, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Defendant shall also recover costs of this action.

This 22nd day of July, 2026.

                              David W. Bunt, Clerk

                              s/ Kami D. Seward, Deputy Clerk